NUMBER 13-07-177-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________________________________


STEVEN BROOKS, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 357th District Court 


of Cameron County, Texas.


___________________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellant, STEVEN BROOKS, perfected an appeal from a judgment entered by
the 357th District Court of Cameron County, Texas, in cause number 2005-CR-1886-E. Appellant has filed a motion to withdraw the notice of appeal. The motion
complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to
withdraw the notice of appeal, is of the opinion that appellant's motion to withdraw
the notice of appeal should be granted. Appellant's motion to withdraw the notice of
appeal is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed this

the 14th day of June, 2007.